# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| H. H. Holdings, Inc., *et al.*, </br></br>                      Plaintiffs, </br></br> vs. </br></br> Fremont Hotel and Casino Audit Dept., *et al.*, </br></br>                      Defendants. | Case No. 2:12-cv-01934-GMN-GWF </br></br> **ORDER** </br></br> Application to Proceed in Forma Pauperis (#1) and Screening of Complaint |

This matter comes before the Court on Plaintiffs' Motion to Proceed in Forma Pauperis (#1), filed on November 9, 2012. Plaintiffs have not attached the required affidavit setting forth Plaintiffs' assets to their Complaint (#1-2). The Court is therefore unable to determine whether Plaintiffs are eligible to proceed in forma pauperis. Furthermore, a corporation or limited liability company may appear in federal court only through licensed counsel. *See U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Although Plaintiff H. H. Holdings, Inc. may apply to proceed in forma pauperis, it may only do so with counsel. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs H. H. Holdings, Inc. and Robin M. Lee's Application to Proceed in Forma Pauperis is **denied** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send to Plaintiffs by mail the Application for Leave to Proceed in Forma Pauperis for non-incarcerated litigants.

**IT IS FURTHER ORDERED** that Plaintiff H. H. Holdings, Inc. must retain counsel if it intends to continue to litigate this matter. H. H. Holdings shall have until **December 15, 2012**, to advise the Court if it will retain counsel.

...

**IT IS FURTHER ORDERED** that Plaintiffs shall have until **December 15, 2012** to either pay the filing fee of $350.00 (three hundred fifty dollars), or submit a completed Application to Proceed in Forma Pauperis. Plaintiffs' failure to comply with this Order will result in a recommendation to the District Judge that Plaintiffs' Complaint be dismissed.

DATED this 15th day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge